AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
May 10, 2022
SEAN F. MCAVOY, CLERK

United States of America
v.
SHAWN ROBSON

Case No. 2:22-CR-52-TOR-3

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      SHAWN ROBSON ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy to Commit Theft of Government Property and Possession of Stolen Ammunition
18 U.S.C. §§ 922(j), 924(a)(2) Possession of Stolen Ammunition
18 U.S.C. § 641 Receiving Stolen Government Property

Date: May 03, 2022, 3:41 pm

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 5/3/22 , and the person was arrested on *(date)* 5/6/22
at *(city and state)* Spokane, WA .

Date: 5/6/22

Arrested within the E/WA
By: FBI
(Agency)
*Arresting officer signature*
Executed On: 5/6/22
Sign: Reagan K. Havey, USMS
*Printed name and title*