PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2022

SEAN F. McAVOY, CLERK

**United States District Court**

**Eastern District of Washington**

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Shawn Robson** ) | Case No. 2:22CR00052-TOR-3 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Shawn Robson, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On May 6, 2022, Mr. Robson appeared before the Court for the purpose of an initial appearance and arraignment. The Court ordered Mr. Robson to be released from custody under conditions of pretrial release supervision (ECF No. 62).

Additional condition of release number 15 subjects Mr. Robson to home detention, in which he is required to receive permission from the U.S. Probation Office to leave his residence for specific purposes. Since Mr. Robson's release, there are no known violations of pretrial release supervision.

Based on his compliance with the release conditions, the undersigned officer respectfully recommends additional condition number 15, which subjects Mr. Robson to home detention, be removed from the release order.

The U.S. Attorney's Office does not object to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

| _____ | 7/7/2022 | _____ | July 7, 2022 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |
| Shawn Robson | | Erik Carlson | |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| _____ | 07-07-2022 |
|---|---|
| Signature of Defense Counsel | Date |
| Ronald Van Wert | |

[X]   The above modification of conditions of release is ordered, to be effective on _7/8/2022_.

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____    _7/8/2022_
Signature of Judicial Officer                Date

James A. Goeke