PS 42
(Rev 07/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## United States District Court

**Jul 28, 2022**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Shawn Robson ) | Case No. 2:22CR00052-TOR-3 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Shawn Robson, have discussed with Erik Carlson, Pretrial Services/Probation Officer, modification of my release as follows:

On May 6, 2022, Mr. Robson appeared before the Court for the purpose of an initial appearance and arraignment. The Court ordered Mr. Robson to be released from custody under conditions of pretrial release supervision (ECF No. 62). Since Mr. Robson's release, there are no known violations of pretrial release supervision.

Additional condition number 11 requires Mr. Robson to remain in the Eastern District of Washington while the case is pending. Mr. Robson has recently requested to travel to the State of Idaho to visit family.

Based on his compliance with the release conditions, the undersigned officer respectfully recommends Mr. Robson's travel restrictions be modified as follows:

**Modified Condition:** Defendant shall remain in the Eastern District of Washington while the case is pending. Defendant may be permitted to travel outside this geographical area with advance notice and approval from U.S. Probation.

The U.S. Attorney's Office does not object to this modification request.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    25 Jul 2022    _____    07/25/2022
Signature of Defendant         Date          Pretrial Services/Probation Officer   Date
Shawn Robson                                 Erik Carlson

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    07-25-2022
Signature of Defense Counsel                 Date
Ronald Van Wert

[X]    The above modification of conditions of release is ordered, to be effective on  7/28/2022  .

[ ]    The above modification of conditions of release is <u>not</u> ordered.

_____    7/28/2022_____
Signature of Judicial Officer                     Date

James A. Goeke