PROB 12C
(6/16)

Report Date: April 16, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 17, 2024

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Shawn Robson | Case Number: 0980 2:22CR00052-TOR-3 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 28, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Stolen Ammunition, 18 U.S.C. §§ 922 (j), 924 (a)(2) | | |
| Original Sentence: | Prison - 1 day; TSR - 18 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Patrick Cashman | Date Supervision Commenced: | June 28, 2023 |
| Defense Attorney: | Ronald A. Van Wert | Date Supervision Expires: | December 27, 2024 |

## PETITIONING THE COURT

To issue a summons.

On July 5, 2023, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Robson. He signed his judgment acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On September 23, 2023, Shawn Robson allegedly violated mandatory condition number 1 by allegedly committing the following: Outfit Without a License, in violation of Idaho code 36-2104, Aid and Abet Exceed Big Game Bag Limit (elk), in violation of Idaho Code 18-204, Aid and Abet Hunt Without a Tag (elk), in violation of Idaho Code 361101(a), Aid and Abet Guide Without a License (x2), in violation of Idaho Code 36-2104 in Island Park, Fremont County, Idaho.<br><br>**Supporting Evidence:** According to case number FG2024-E384 and FG2024 E385, the Idaho Fish and Game were investigating an illegal harvest of a moose in Teton County, Idaho. The investigation led to Mr. Robson and his phone was subsequently seized as evidence. During the search of Mr. Robson's phone, it was discovered there was communication between Mr. Robson and another individual that led to unlawful guiding activity and the above charges. |

Prob12C
**Re: Robson, Shawn**
**April 16, 2024**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On October 2, 2023, Shawn Robson allegedly violated mandatory condition number 1 by allegedly committing the following: Count 1: unlawful kill/possess/take within 12 months (felony), count 2: aid and abet take big game with unlawful weapon, and count 3: guide without a license in Teton County, Idaho.

According to the information available to this officer, on October 2, 2023, An Idaho Fish and game (IDEF) population biologist notified IDEF officers of a big game mortality report (BGMR) that appeared to indicate harvest of a moose with a rifle in an area with short range weapons only. The Fish and Game conducted several interviews with the witness who went on the guided hunt with Mr. Robson who were able to corroborate and provide information that led to the above charges.

3 **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: On October 2, 2023, it is alleged that Mr. Robson was in violation of his conditions of supervision by having possession of a firearm.

During an interview with one of the witnesses that went on a guided hunt with Mr. Robson, the witness, stating on audio recording, confirmed that after the moose was shot illegally, Mr. Robson picked up the firearm.

4 **Standard Condition #9**: If you are arrested or questioned by law enforcement officer, you must notify the probation officer within 72 hours.

**Supporting Evidence**: It is alleged that Mr. Robson is in violation of his conditions for failing to report law enforcement contact.

On January 29, 2024, Mr. Robson was pulled over due to failing to stop at a stop sign and failed to report this law enforcement contact to his assigned probation officer as required.

5 **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: On January 29, 2024, it is alleged Mr. Robson was in violation of his conditions of supervised release by traveling to the District of Idaho, without approval of the probation officer.

On January 29, 2024, the undersigned officer was notified by a state patrol officer that Mr. Robson's vehicle was stopped in Idaho due to running a stop sign. Mr. Robson was the driver of the vehicle and did not have permission to leave the Eastern District of Washington.

Prob12C
**Re: Robson, Shawn**
**April 16, 2024**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 16, 2024

s/Richard Law

Richard Law
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

April 17, 2024
Date