# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>vs.<br><br>SHAWN ROBSON,<br><br>                          Defendant. | Case No.  2:22-CR-0052-TOR-3<br><br>CRIMINAL MINUTES<br><br>DATE:  8/7/2024<br><br>LOCATION:  Spokane<br><br>REVOCATION OF<br>SUPERVISED RELEASE HEARING |

**JUDGE THOMAS O. RICE**

| Bridgette Fortenberry | N/A | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Patrick Cashman | | Ronald A. Van Wert | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court                                      [ X ] US Probation Officer:

Defendant present with counsel not in custody.

Violation Nos. 1-5 pending before the Court.

Mr. Van Wert provided the Court with a status update.

Upon USPO's request, the Court dismissed Vio. Nos. 1-3.

Defendant addressed the Court on his own behalf.

The Court dismissed Vio Nos. 4-5 and continued Defendant on current terms of supervision.

| CONVENED: 11:30 AM | ADJOURNED: 11:41 AM | TIME: 11 MINS | ORDER FORTHCOMING [X] |
|---|---|---|---|